UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STANFORD ENTITIES
SECURITIES LITIGATION
    James Roland, et al. v. Jason Green, et al., )
        M.D. Louisiana, C.A. No. 3:09-676 )      MDL No. 2099
    Leah Farr, et al. v. Jason Green, et al., )
        M.D. Louisiana, C.A. No. 3:09-678 )

TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in these two Louisiana actions move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the actions to the Northern District of Texas for inclusion in MDL No. 2099. Defendant SEI Investments Co. and the Stanford Estate Receiver oppose the motion and favor inclusion of *Roland* and *Farr* in MDL No. 2099.

After considering all argument of counsel, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of Texas, and that transfer of both actions to the Northern District of Texas for inclusion in MDL No. 2099 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Texas was a proper Section 1407 forum for actions arising out of alleged misrepresentations or omissions relating to the safety of Stanford[1] investments (primarily SIB certificates of deposit). *See In re Stanford Entities Securities Litigation*, __ F.Supp.2d __, 2009 WL 3248045 (J.P.M.L. Oct. 6, 2009).

Plaintiffs can present their motions for remand to state court to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Hansen took no part in the disposition of this matter.

[1] Stanford International Bank, Ltd. (SIB); Stanford Group Co.; and Stanford Capital Management (collectively Stanford).

Certified a true copy of an instrument on file in my office on 2-__-10
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable David C. Godbey for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Robert L. Miller, Jr.      Kathryn H. Vratil
David R. Hansen*          W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.      David G. Trager

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 3, 2010

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re: MDL No. 2099 -- IN RE: Stanford Entities Securities Litigation

Dear Ms. Mitchell:

Attached is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s). The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file. Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER. Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court). You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear. Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

The Panel Service list is attached.

        Very truly,

        Jeffery N. Lüthi
        Clerk of the Panel

        By *[signature]*
        Darion Payne
        Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:   Transferee Judge:  Judge David C. Godbey

JPML Form 29

**IN RE: STANFORD ENTITIES**
**SECURITIES LITIGATION**                                              MDL No. 2099

## PANEL SERVICE LIST

Laura Pendergest-Holt
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Gregory A. Blue
MORGENSTERN & BLUE LLC
885 Third Avenue
New York, NY 10022

Jay Comeaux
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Commonwealth of Antigua
Attorney General & Minister
 of Legal Affairs
Office of the Attorney General
 & Ministry of Legal
Government Complex -
Queens Elizabeth Hwy
St. John's, Antiqua

J. Gordon Cooney, Jr.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-1628

Samuel Cooper
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

Meredith A. Cunningham
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER LLC
909 Poydras Street
Suite 2400
New Orleans, LA 70112

David Finn
MILNER & FINN
2828 North Harwood Street
Suite 1950
LB 9
Dallas, TX 75201

George M. Fleming
FLEMING & ASSOCIATES LLP
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056

Bradley W. Foster
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Jason Green
c/o Stanford Group Company
5050 Westheimer Road
Houston, TX 77056

Charles Leland Hamel
HAMEL BOWERS & CLARK LLP
5300 Memorial Drive
Suite 900
Houston, TX 77007-8201

Peter W. Homer
HOMER & BONNER PA
1200 Four Seasons Tower
1441 Brickwell Avenue, Suite 1200
Miami, FL 33131

Robert E. Kerrigan, Jr.
DEUTSCH KERRIGAN & STILES LLP
755 Magazine Street
New Orleans, LA 70130-3629

**MDL No. 2099 - Panel Service List (Continued)**

John T. Kirtley, III
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Avenue
Suite 300
Dallas, TX 75219

Daniel McNeel Lane, Jr.
AKIN GUMP STRAUSS
HAUER & FELD LLP
300 Convent Street
Suite 1600
San Antonio, TX 78205

Stephen F. Malouf
LAW OFFICES OF STEPHEN F MALOUF PC
3811 Turtle Creek Blvd.
Suite 1600
Dallas, TX 75219

Russ Newton
13303 St. Mary's Lane
Houston, TX 77079

Patrick W. Pendley
PENDLEY BAUDIN & COFFIN LLP
P.O. Box 71
24110 Eden Street
Plaquemine, LA 70765

Robert Plotkin
MCGUIREWOODS LLP
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036

Jonathan D. Polkes
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Phillip W. Preis
PREIS GORDON APLC
P.O. Box 2786
Baton Rouge, LA 70821-2786

Randall A. Pulman
PULMAN CAPPUCCIO
PULLEN & BENSON LLP
2161 NW Military Highway
Suite 400
San Antonio, TX 78213

Darren J. Robbins
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Donna Garbarino Schwab
2446 June Street
Baton Rouge, LA 70808

Lee Howard Shidlofsky
VISSER SHIDLOFSKY LLP
7200 N. Mopac Expressway
Suite 430
Austin, TX 78731

Edward C. Snyder
CASTILLO SNYDER PC
300 Convent Street
Suite 1020
San Antonio, TX 78205

Richard A. Speirs
ZWERLING SCHACHTER
 & ZWERLING LLP
41 Madison Avenue
New York, NY 10010

R. Allen Stanford
c/o Stanford Group Co.
5050 Westheimer Road
Houston, TX 77056

Stanford Capital
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

**MDL No. 2099 - Panel Service List (Continued)**

Stanford Financial Group
Attn: Legal Counsel
701 Brazos Street
Suite 1050
Austin, TX 78701

Stanford Group Co.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Group Venezuela
Attn: Legal Counsel
Avenida Tamanaco
Centro Empresarial el Rosal, Piso3
Caracas, Venezuela

Stanford Holdings, Inc.
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Stanford Int'l Bank
Attn: Legal Counsel
No. 11 Pavilion Drive
P.O. Box 3300
St. John's Antiqua, West Indies

Stanford Venture Capital
Attn: Legal Counsel
5050 Westheimer Road
Houston, TX 77056

Willis Group Holding Ltd.
c/o Appelby
Canon's Court
22 Victoria Street
Hamilton Bermuda