
```
CASE: 3:09-cv-00676

DETAILS: Case transferred from Louisiana Middle
has been opened in Northern District of Texas
as case 3:10-cv-00224, filed 02/04/2010.
```